# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**SAMUEL J. POTTS,**

      **Movant**.

**Consolidated Civil Case Nos. 10-C-771 & 11-C-1142 (Criminal Case Nos. 09-Cr-58 & 97-Cr-205)**

# ORDER

As noted in the Government's letter dated September 9, 2014, the briefing schedule on Movant Samuel J. Potts' ("Potts") motion for reconsideration was stayed while awaiting his response to the Court's request for an anticipated filing date for the supporting memorandum he indicated would be forthcoming.

Given the current status of the motion, the Court will proceed without the memorandum. The Government must file a response to Potts' motion **no later than September 18, 2014**. Any reply must be filed by Potts **no later than September 30, 2014**.

Dated at Milwaukee, Wisconsin, this 12th day of September, 2014.

                              **SO ORDERED,**

                              **HON. RUDOLPH T. RANDA**
                              **U.S. District Judge**